No. 77–1229. Huffman, Administrator v. Kentucky et al. Appeal from Ct. App. Ky. dismissed for want of substantial federal question.